Nos. 638, 639 and 640. WEST LAUREL HILL CEMETERY CO. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. March 6, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul Reilly* for petitioner. *Solicitor General Fahy, As-*

*sistant Attorney General Samuel O. Clark, Jr.*, and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 641. AETNA LIFE INSURANCE CO. *v.* BARNETT ET AL.;

No. 642. AETNA LIFE INSURANCE CO. *v.* SAVINGS INVESTMENT & TRUST CO.; and

